IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BOBBY LEE WRIGHT, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | 3:04-cv-330 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
|     Defendant. | ) | |

## ORDER OF DISMISSAL

There has been no activity in this matter since the case was filed in July 2004. On May 24, 2005, plaintiffs were ordered to show cause within thirty days why the case should not be dismissed for failure to prosecute [ECF# 2]. On June 24, 2005, plaintiffs requested additional time to respond to the court's show cause order [ECF# 3]. While the plaintiffs asked for a ten-day extension of time, on July 17, 2005, the court gratuitously gave plaintiff thirty additional days to respond to the show cause order [ECF# 4]. However, nearly two months later, the court has not received any further communication from the plaintiffs. Accordingly, this court finds that the matter should be **DISMISSED** for failure to prosecute.

    IT IS SO ORDERED.

                                            **ENTER:**

                                                    s/Thomas W. Phillips
                                          **UNITED STATES DISTRICT JUDGE**